No. 65202.—Getz Bros. & Co., Inc. v. United States, protest 60/9196 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of ball cocks similar in all material respects to those the subject of *The Durst Mfg. Co., Inc.* v. *United States* (36 Cust. Ct. 220, C.D. 1778), the claim of the plaintiff was sustained.

No. 65203.—International Looms, Inc., a Division of Woolart Mills, Inc. v. United States, protest 60/4005 (New York).

Opinion by LAWRENCE, J. Following Abstract 54925, the protest was dismissed.

No. 65204.—J. Einstein, Inc., et al. v. United States, protests 232472–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon fabrics similar in all material respects to those the subject of *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiffs was sustained.

No. 65205.—Alfred C. Toepfer, Inc., et al. v. United States, protests 59/17566, etc. (Los Angeles).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of Grilon yarn similar in all material respects to that involved in Abstract 64033, the claim of the plaintiffs was sustained.